ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Walsh Construction Company II, LLC | ) ASBCA No. 62385-ADR |
| | ) |
| Under Contract No. W912DS-13-C-0032 | ) |

APPEARANCES FOR THE APPELLANT:        Larry W. Caudle, Jr., Esq.
                                                                    Jonathan J. Straw, Esq.
                                                                    Daniel J. Kraftson, Esq.
                                                                      Kraftson Caudle LLC
                                                                      McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                                    Engineer Chief Trial Attorney
                                                                    Lorraine C. Lee, Esq.
                                                                      Engineer Trial Attorney
                                                                      U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 20, 2021

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62385-ADR, Appeal of Walsh Construction Company II, LLC, rendered in conformance with the Board's Charter.

Dated:  May 21, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals